

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2018

No. 04-18-00539-CV

Ex **PARTE** Roberto Pasquale-Gualtieri **PETITTO**,

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 17655A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

    The appellant's motion for extension of time to file brief is hereby DENIED WITHOUT PREJUDICE. Appellant's brief is currently due October 22, 2018.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court